**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **DEISY DAVILA BAUTISTA, as personal representative of the Estate of ANGIE ZUE BROOKS, and as Guardian of JANNIEL BROOKS, a minor,** | ) | **Case No. 3:21-cv-0018** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

**THIS MATTER** came before the Court on a status conference held on September 12, 2023. During the status conference, the parties indicated that the matter has been fully resolved and the remaining issue is for the Court to review and approve the settlement agreement concerning the minor in this case. After careful consideration and review, and for the reasons stated on the record at the status conference held on September 12, 2023, it is hereby

**ORDERED** that, **no later than September 22, 2023,** Plaintiff shall file an appropriate motion, along with supporting documents, for the Court to determine whether to approve of the settlement agreement between the minor and the Defendants. This motion may be filed under seal. It is further

**ORDERED** the Defendants Motion to Dismiss, ECF No. 28, is **DENIED without prejudice;** it is further

**ORDERED** that this case **SHALL BE REMOVED** from the Court's trial calendar of September 18, 2023.

**Dated:** September 12, 2023

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**