**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **DEISY DAVILA BAUTISTA, as personal representative of the Estate of ANGIE ZUE BROOKS and as Guardian of JANNIEL BROOKS, a minor,** | ) | |
| **Plaintiff,** | ) | **Case No. 3:21-cv-0018** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

**BEFORE THE COURT** is Plaintiff Deisy Davila Bautista's ("Bautista") Amended Motion to Approve Settlement on Behalf of JB, a Minor, Pursuant to Court's Order Dated November 6, 2023. (ECF No. 113.) Bautista's instant motion requests that the Court approve the parties' settlement agreement as it applies to the minor in this case. The settlement agreement stipulates that Bautista, as the guardian of the minor, agrees to settle all of the minor's claims against the defendants for the nominal sum of $5,000 dollars. *See id.* For the reasons stated on the record during the status conference held on January 3, 2024, the Court finds that settlement is fair and reasonable and is in the best interests of the minor. Accordingly, it is hereby

**ORDERED** that Bautista's Amended Motion to Approve Settlement on Behalf of JB, a Minor, ECF No. 113, is **GRANTED** and the Settlement Agreement as to the minor is **APPROVED**; it is further

**ORDERED** that in light of the instant Order, Bautista's motion at ECF No. 111, is rendered **MOOT**; it is further

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**Dated:** January 3, 2024

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**